## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

Roy Arlen VanNortrick #708819

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Hon. Melissa J. Ransom - Family Division
Wexford and Missaukee County Friend of The Court

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
December 16, 2022 11:38 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /12-16

**1:22-cv-1196**
Jane M. Beckering
U.S. District Judge

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☒   No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   United States District Court, Middle District of Louisiana

2. Is the action still pending?   Yes ☐   No ☒

   a. If your answer was no, state precisely how the action was resolved: Settled out of Court

3. Did you appeal the decision?   Yes ☐   No ☒
4. Is the appeal still pending?   Yes ☐   No ☒

   a. If not pending, what was the decision on appeal? Was none I won They Settled

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☒

   a. If so, explain: Was Settled

Addresses and Docket

United States District Court
Middle District of Louisiana
Docket # 18:00534-JWD-EWD

Melissa J. Ransom
28th Judicial Circuit Court
111 South Canal St
P.O. Box 800
Lake City, Michigan 49651

Wexford Missaukee County Friend of The Court
401 North Lake St
Cadillac, Michigan 49601
Phone: (231) 779-9494

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Roy VanNostrick #708819_

Place of Present Confinement _David Wade Correctional Center_

Address _670 Bell Hill Rd, Homer, Louisiana 71040_

Place of Confinement During Events Described in Complaint _Louisiana State Penitentary_

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _Randy L. Lavespere_
Position or Title _Medical Doctor (MD)_
Place of Employment _Louisiana State Penitentary_
Address _17544 Tunica Trace, Angola, Louisiana 70712_
Official and/or personal capacity? _Official_

Name of Defendant #2 _Paul Marion Toce Jr._
Position or Title _Medical Doctor (MD)_
Place of Employment _Louisiana State Penitentary_
Address _17544 Tunica Trace, Angola, Louisiana 70712_
Official and/or personal capacity? _Official_

Name of Defendant #3 _Tracy Falgout_
Position or Title _Assistant Warden_
Place of Employment _Louisiana State Penitentary_
Address _17544 Tunica Trace, Angola, Louisiana 70712_
Official and/or personal capacity? _Official_

Name of Defendant #4 _James LeBlanc_
Position or Title _Secertary_
Place of Employment _Louisiana Department of Public Safety and Corrections_
Address _P.O. Box 94304, Baton Rouge, Louisiana 70804-9304_
Official and/or personal capacity? _Official_

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

- 3 -                                  (W.D. Mich. Form – Last Revised: September 2021)

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On December 2021 I received a letter from Internal Revenue Services stating "Missaukee County Friend of The Court has received your Income Tax Return plus The Interest on it." This was not a State Income Tax Return it was The Stimulus checks That our President State was not To go for any back Bills or Debts because of Covid-19.

I sent a letter to Wexford and Missaukee County Friend of The Court on why They Took This money it was my Stimulus pay not Income Tax Return, This was in August 2022. All my other cases were closed out with no debt, but Missaukee County won't do Same.

September 3, 2022 Judge Ransom made a Court order That I had 21 days from day of order To reply on it. Well They did not put Postage on envalop Till September 23, 2022 and mail date is September 24, 2022 The Same day That was my last day To respone by, This is Their way To keep my Stimulus money. Copies of orders and Envalop are Included with This.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I am at The Mercy of The Court, my wishes are to have the case in Missaukee County closed and all my money sent back to me. All Final orders are to This Court of Western District of Michigan.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

12-5-2022
**Date**

*Roy Van Nortruck*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Roy VanderTrick #768819
David Wade Correctional Center
670 Bell Hill Rd
Homer, LA, 71040



Legal Mail

Office of The Clerk
United States District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, MI. 49503-2363