UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY VanNORTRICK,

     Plaintiff,

                                                     Case No. 1:22-cv-1196

v.

                                                     HON. JANE M. BECKERING

MELSSA J. RANSOM, et al.,

     Defendants.

_____/

## ORDER

This is a civil action brought by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 5) on March 20, 2023, recommending that this Court dismiss Plaintiff's Complaint.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

---

[1] Plaintiff is the only party that has appeared in the case at this time.

A Judgment will be entered consistent with this Order.


Dated: April 18, 2023                                        /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge

2